DEFERMENT O[

I understand that in certain instances authorized by the
Section D may be deferred. Payments of principal on my
because of circumstances listed below, provided I comply
tions governing the GSLP:

1. While I am enrolled in --

  A. Full-time study at a school that is participating in th
     schools outside of the U.S.);

  B. Full-time study at an institution of higher educatio
     the Federal Government (e.g., the service academies)

  C. A graduate fellowship program approved by the Secr

  D. A rehabilitation training program for disabled indivi

2. For periods not exceeding 3 years for each of the follow

  A. On active duty in the Armed Forces of the United !
     of the United States Public Health Service;

  B. Serving as a Peace Corps Volunteer;

  C. Serving as a full-time volunteer under Title I of th
     progr.

  D. Servi
     501 (
     perfo

  E. Temp
     empl
     estab

3. For a pe
   recogniti

4. For a si
   employr

To be grar
notify the

If I am u
lender to :

  1) A sh
  2) A re
  3) Mak

I underst
(a) collec

Under co
accordan
note.)
Question
recruitin
Armed Forces.

**AFFIX TO BACK OF PROMISSORY N**

Pay to the order of Higher Education Assistance Foundatio
recourse, provided, however, notwithstanding this indorseme
the undersigned hereby expressly:

1. Warrants that:
   a) no defense of any party is good against the undersig..., ...
   b) the undersigned is not in default under the terms of that certain Lender Agree-
      ment for Guarantee of Student loans with Federal Reinsurance ("Lender
      Agreement") between it and HEAF, in accordance with which payment of
      the indebtedness evidenced by this instrument was guaranteed by HEAF.

2. Disclaims the implied warranty that it has no knowledge of any insolvency pro-
   ceeding instituted with respect to the maker of this instrument and instead war-
   rants that to the extent it has knowledge of any such proceeding it has disclosed
   the same to HEAF, but no other implied warranties are hereby disclaimed.

3. Acknowledges that:
   a) upon payment in full by HEAF of the claim submitted by the undersigned
      pursuant to the aforesaid Lender Agreement, HEAF will have discharged all
      of its obligations to the undersigned arising out of said Lender Agreement; and
   b) notwithstanding payment by HEAF of the undersigned's claim and accep-
      tance by HEAF of transfer of this instrument in consideration thereof, HEAF
      has not waived any rights that it may have against the undersigned pursuant
      to the terms of the aforesaid Lender Agreement.

SIGNATURE
X _Aleha Metz_          LSC/L
TITLE
_Claim Analyst_          DATE  19 Sept 8

F0025  10-87

**AFFIX TO BACK OF PROMISSORY NOTE**

Pay to the order of Higher Education Assistance Foundation ("HEAF") without
recourse, provided, however, notwithstanding this indorsement without recourse,
the undersigned hereby expressly:

1. Warrants that:
   a) no defense of any party is good against the undersigned; and
   b) the undersigned is not in default under the terms of that certain Lender Agree-
      ment for Guarantee of Student loans with Federal Reinsurance ("Lender
      Agreement") between it and HEAF, in accordance with which payment of
      the indebtedness evidenced by this instrument was guaranteed by HEAF.

2. Disclaims the implied warranty that it has no knowledge of any insolvency pro-
   ceeding instituted with respect to the maker of this instrument and instead war-
   rants that to the extent it has knowledge of any such proceeding it has disclosed
   the same to HEAF, but no other implied warranties are hereby disclaimed.

3. Acknowledges that:
   a) upon payment in full by HEAF of the claim submitted by the undersigned
      pursuant to the aforesaid Lender Agreement, HEAF will have discharged all
      of its obligations to the undersigned arising out of said Lender Agreement; and
   b) notwithstanding payment by HEAF of the undersigned's claim and accep-
      tance by HEAF of transfer of this instrument in consideration thereof, HEAF
      has not waived any rights that it may have against the undersigned pursuant
      to the terms of the aforesaid Lender Agreement.

/ seeking but unable to find full-time

e of my eligibility. I must subsequently
ted no longer exists.

RMS

ed under Section D, I may request the
any of the following:

ring this period which the lender may
al balance of the loan.

EFENSE

repaid by the Secretary of Defense, in
Act, 1981 (P.L. 96-342 10 U.S.C. § 161,
ht, title and interest of the undersigned as 161,
[e] assigned (without warranty, except that the
[qualified] for the program or who need to a
those not eligible for enlistment in the

SIGNATURE
X _Aleka G.D..._
TITLE  _Sr. Claim Analyst_          DATE  10-9-85
SLMA - LSC/VA

F0025  10-87

By _____

By _Kim Riley_ 4-6-8
_Claim Analyst_