UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| * | |
| Plaintiff * | |
| * | |
| * | |
| * | Civil Action No. 06-0498 (JGP) |
| v. * | |
| * | August 10, 2007 |
| * | |
| * | |
| LORENZO MARKS, * | |
| | |
| Defendant | |

## RESPONSE TO ORDER AND REQUEST FOR EXTENSION OF TIME

As I, the Defendant was not granted a reasonable amount of time for to receive and prepare a response regarding the pending ORDER, I request that the court afford me such leave-way to either obtain proper counsel or prepare a sufficient response on behalf of I, the defendant.

The correspondence was post marked 07-31-2007 and received by me on 08-06-2007. I find the I, the Defendant am at a severe disadvantage where this situation is concerned. I, the defendant also need sufficient time to research the validity of the debt for which I, the Defendant am being held legally responsible.

WHEREFORE THE DEFENDANT PRAY'S : That this court grant a reasonable amount of time to research the issues involved with this matter and appear back before this court, reasonably and not rushed. I, the defendant, further pray that I, be allowed reasonable time to either retain counsel on my behalf or at the very lease obtain advice through proper counsel.

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following:

**HAND DELIVERED**

**Clerk's Office**
**United States District Court for the District of Columbia**
**United States Courthouse**
**333 Constitution Avenue, N.W.**
**Washington, D.C. 20001**

**VIA U.S. MAIL TO PLAINTIFF'S COUNSEL**

**Thomas A. Mauro**
**Mauro Law Offices, P.C.**
**1020 19th Street, N.W.**
**Suite 400**
**Washington, D.C. 20036**

_August 8, 2007_                        _/s/ Lorenzo Marks_
(Date)                                        Lorenzo Marks
                                                           1726 Montello Avenue, N.E.
                                                           Washington, D.C. 20002