UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : |
| v. | : Civil No. 06-0498 (JPG) |
| LORENZO MARKS | : |
| Defendant | : |

RECEIVED
SEP 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### REQUEST FOR EXTENSION OF TIME

Defendant, Lorenzo Marks, hereby requests an extension of time within which to respond to Plaintiff's Motion for Default Judgment. As grounds therefore, the Defendant states as follows:

1. Defendant first became aware of this lawsuit on or about August 6, 2007, when he received the Court's Order dated July 30, 2007 regarding Plaintiff's Application for a Default Judgment with an Award of Attorneys' Fees.

2. On or about August 10, 2007, Defendant requested an extension of time within which to respond to Plaintiff's Motion.

3. On or about September 4, 2007, Defendant received this Court's Order dated August 30, 2007, giving Defendant until September 5, 2007 to respond to Plaintiff's Motion. Clearly, one day is not sufficient time within which to respond to Plaintiff's Motion.

4. In addition, Defendant was not properly served with Plaintiff's Motion for Default Judgment, and to date, has not received a copy. Defendant plans to go to Courthouse and request a copy of this file so that he may properly defend himself. Until that time, Defendant is unable to respond to Plaintiff's Motion.

WHEREFORE, Defendant requests an extension of time of thirty (30) days to respond to Plaintiff's Motion for Default Judgment.

Respectfully submitted,

*Lorenzo Marks*
Lorenzo Marks
1726 Montello Avenue, N.E.
Washington, DC 20002
202-262-0458

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, first class, postage prepaid, this 5th day of September, 2007, to:

Thomas A. Mauro, Esquire
Mauro Law Offices, P.C.
1020 19th Street, N.W.
Suite 400
Washington, DC 20036

*Lorenzo Marks*
Lorenzo Marks

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 SEP -5 PM 9: 29
NANCY M. MAYER-WHITTINGTON
CLERK