UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06cv0498 (DAR) |
| v. | : | |
| | : | |
| LORENZO MARKS | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

In response to the Court's Order of February 28, 2008, Plaintiff, United States of America, through its counsel, Thomas A. Mauro, hereby files this Status Report. Preliminarily, Plaintiff wishes to inform the Court that in response to the Court's requirement that the parties file a Joint Status Report, Plaintiff counsel sent a letter to the Defendant on February 29, 2008, at the address of record the Court has for him in an attempt to discuss with the Defendant the status of this claim. A copy of the letter is attached. The Defendant has not responded either by telephone or in writing to counsel's February 29 letter. Accordingly, Plaintiff files this Status Report unilaterally.

This case was filed on March 17, 2006 (Document # 1). It is before the Court on a student loan debt owed by the Defendant to the United States Department of Education.

Defendant was served with the Summons and Complaint on April 8, 2006 (Document # 2), but he failed to answer or respond.

The Clerk entered a Default on May 30, 2008 (Document # 4), and on June 2, 2006, Plaintiff moved for the entry of a default judgment (Document # 5).

On July 30, 2007, the Court issued an Order advising the Defendant of Plaintiff's Application for Entry of Default Judgment and instructed him to respond thereto on or before August 10, 2007, to explain why a default judgment should not be entered against him (Document # 6).

1

On August 10, 2007, the Defendant filed a written request asking for "a reasonable amount of time to research the issues .... and appear back before the Court." Defendant also wanted time to retain counsel. Plaintiff did not oppose the request. On August 30, 2007, the Court extended the time for the Defendant to file his response to the Court's outstanding Order to September 5, 2007. (Minute Order, August 30, 2007).

On September 5, 2007, the Defendant filed another motion for extension of time to respond to the July 30, 2007, Order (Document # 9). This time he indicated that he was not "properly" served with Plaintiff's motion for entry of default judgment and he would have to obtain a copy from the Court files. He requested thirty days within which to respond to the Motion and, presumably, to the Court's July 30, 2007, Order. (Thereafter, Plaintiff's counsel met the Defendant by chance in the Office of the Clerk of this Court while the Defendant was reviewing the file. So the Defendant did obtain a copy of the Motion.) Plaintiff did not oppose the renewed motion to extend. The Motion is still outstanding.

The Defendant has filed nothing further in the matter since September 5, 2007.

The Defendant has had ample time to research the issues, to respond to the Order of the Court of July 30, 2007, and to respond to Plaintiff's Motion for Entry of Default Judgment of June 2, 2006. We believe, therefore, that the Defendant concedes that the motion for entry of default judgment is meritorious and that the Court can now grant the motion, and we ask the Court to do so.

We believe that the Defendant's September 5, 2007, motion for extension of time (Document # 9) is moot and ask the Court to deny the motion as moot.

Defendant is currently indebted to the Government in the amount of $5,854.75, not including attorneys fees.

Respectfully Submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro, Bar 184515
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

2

# MAURO LAW OFFICES, P.C.
1020 19TH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036
202 452 9865
Facsimile: 202 452 0092

February 29, 2008

**BY FIRST CLASS MAIL**
Mr. Lorenzo Marks
1726 Montello Ave., N.E.
Washington, DC 20002

    Re:    USA v. Lorenzo Marks
             Civil Action No.1:06CV0498 DAR

Dear Mr. Marks:

    As you know, our office represents the Government in collection of your defaulted student loan debt. The United States District Court for the District of Columbia has scheduled a status hearing before Magistrate Judge, Deborah Robinson on **March 18, 2008 at 3:00 P.M.**

    Please contact my office immediately as the Court has instructed all parties to this case to file a joint status report by March 14, 2008 .

    If you have any questions you can call me or Hugh Johnson at 202-452-9865.

    *The purpose of this communication is to collect a debt by a debt collector, and any information obtained will be used for that purpose.*

                                      Sincerely,

                                      /s/

                                      Thomas A. Mauro
                                      Attorney for the United States of America

cc: Enclosures

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

Lorenzo Marks
1726 Montello Avenue, N.E.
Washington, D.C. 20002

this 14th day of March, 2008.

                                                  /s/ Thomas A. Mauro
                                                      Thomas A. Mauro