UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 06cv0498 (DAR) |
| v. : | |
| : | |
| LORENZO MARKS : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

Following the hearing in this case on April 16, 2008, Plaintiff files this updated Status Report.

This case was filed on March 17, 2006 (Document # 1). It is before the Court on a student loan debt owed by the Defendant to the United States Department of Education.

Defendant was served with the Summons and Complaint on April 8, 2006 (Document # 2), but he failed to answer or respond.

The Clerk entered a Default on May 30, 2008 (Document # 4), and on June 2, 2006, Plaintiff moved for the entry of a default judgment (Document # 5).

On July 30, 2007, the Court issued an Order advising the Defendant of Plaintiff's Application for Entry of Default Judgment and instructed him to respond thereto on or before August 10, 2007, to explain why a default judgment should not be entered against him (Document # 6).

On August 10, 2007, the Defendant filed a written request asking for "a reasonable amount of time to research the issues .... and appear back before the Court." Defendant also wanted time to retain counsel. Plaintiff did not oppose the request. On August 30, 2007, the Court extended the time for the Defendant to file his response to the Court's outstanding Order to September 5, 2007. (Minute Order, August 30, 2007).

On September 5, 2007, the Defendant filed another motion for extension of time to

1

respond to the July 30, 2007, Order (Document # 9). This time he indicated that he was not "properly" served with Plaintiff's motion for entry of default judgment and he would have to obtain a copy from the Court files. He requested thirty days within which to respond to the Motion and, presumably, to the Court's July 30, 2007, Order.  (Thereafter, Plaintiff's counsel met the Defendant by chance in the Office of the Clerk of this Court while the Defendant was reviewing the file. So the Defendant did obtain a copy of the Motion.)  Plaintiff did not oppose the renewed motion to extend. The Motion is still outstanding.

  The Defendant has filed nothing further in the matter since September 5, 2007.

  On April 16, 2008, with notice having been received by the Defendant, the Court Defendant and Plaintiff appeared in Court for a further Status Hearing. The parties discussed settlement of the matter and a further extension of time for the Defendant to oppose the Plaintiff's July 30, 2007, Request for Entry of a Default Judgment. The Court did not conduct a status hearing but accepted the parties' proposal that the Defendant have until April 30, 2008, within which to file his Opposition to Plaintiff's July 30, 2008, Motion.

  The parties have not resolved the case and the Defendant has not filed an Opposition to the Plaintiff's Request for Entry of Default Judgment.

  The Defendant has had ample time to research the issues, to respond to the Order of the Court of July 30, 2007, and to respond to Plaintiff's Motion for Entry of Default Judgment of June 2, 2006. Plaintiff believes, therefore, that the Defendant concedes that the motion for entry of default judgment is meritorious and that the Court can now grant the motion, and we ask the Court to do so.

  We believe that the Defendant's September 5, 2007, motion for extension of time (Document # 9) is moot and ask the Court to deny the motion as moot.

  Defendant is currently indebted to the Government in the amount of $5,854.75, not including attorneys fees.

                    Respectfully Submitted,

                    /s/ Thomas A. Mauro
                    Thomas A. Mauro, Bar 184515
                    1020 19th Street, N.W., Suite 400
                    Washington, D.C. 20036
                    PH: (202) 452-9865

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

Mr. Lorenzo Marks
3937 S Street, S.E.
Washington, D.C. 20020

this 6th<sup>th</sup> day of May, ,2008.

                    /s/ Thomas A. Mauro
                        Thomas A. Mauro