RECEIVED
MAY 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06cv0498 (DAR) |
| LORENZO MARKS | : | |
| Defendant. | : | |

### DEFENDANT'S STATUS REPORT AND MOTION FOR EXTENSION OF TIME

In response to Plaintiff's Status Report of March 14, 2008, I, the Defendant Lorenzo Marks, representing myself *pro se*, hereby submit this Status Report and Motion for Extension of Time.

I believe the underlying debt in this matter was paid in full. However, given that the loan originated, and payments were made, beginning in 1986 (Complaint, Exhibit A), and the current attempt to enforce the debt was not instituted until twenty years later, on March 17, 2006, the records relating to this matter are no longer easily obtained. I also do not recall receiving all the notices attached to the complaint, perhaps because of moves of my residence in the intervening period.

After some initial communication difficulties between myself and counsel for the Plaintiff, I have obtained copies of the pleadings in this matter. I am currently attempting to locate and obtain the relevant bank records regarding payments made on this loan, and I am also reviewing the underlying allegations so that I may file a substantive response to the claim.

I request 30 days to complete my search, at which time I will report back to the Court. Given the length of time since this loan originated, and the length of time before enforcement proceedings were instituted, I do not believe an additional 30 days will be unduly prejudicial to the Plaintiff.

                                          Respectfully Submitted,

                                          */s/ Lorenzo Marks*
                                          Lorenzo Marks
                                          3937 S Street S.E., Apt. 306
                                          Washington, D.C. 20020
                                          Tel. 202-583-0262

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06cv0498 (DAR) |
| LORENZO MARKS | : | |
| Defendant. | : | |

## Certificate of Service

I, Lorenzo Marks, hereby certify that a copy of the foregoing Defendant's Status Report and Request for Extension of Time has been mailed, first class mail, postage prepaid to:

Thomas A. Mauro, Esq.
1020 19th Street, N.W., Suite 400
Washington, D.C. 20036

This 9th day of May, 2008.

_____
Lorenzo Marks