UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06cv00498 (DAR) |
| v. | : | |
| | : | **Next Event - Status Hearing 06/30/08** |
| LORENZO MARKS | : | Courtroom No. 4 |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

In response to the Court's Order of May 16, 2008, Plaintiff, United States of America, through its counsel, Thomas A. Mauro, hereby files this Status Report. Preliminarily, Plaintiff wishes to inform the Court that as of the filing of the last status report to the Court by counsel, May 6, 2008 (docket # 12), the defendant, Lorenzo Marks has obtained a lawyer to assist him in this case.

The defendant counsel has contacted this office and has made an offer to settle this case with a payment on principal only.

Plaintiff's office has notified the defendant's counsel that in order for the U.S. Department of Education to consider his settlement offer that a Financial Disclosure Form has to be completed and signed by the defendant for review by that agency.

On June 19, 2008, counsel's office forwarded, via fax the financial disclosure forms to the defendant's counsel's for completion by his client.  Therefore, Plaintiff files this report unilaterally.

1

                    Respectfully Submitted,

                    /s/ Thomas A. Mauro
                    Thomas A. Mauro
                    Attorney for the United States of America

                    1020 19th Street, N.W., Suite 400
                    Washington, D.C. 20036
                    PH: (202) 452-9865


## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

Lorenzo Marks
1726 Montello Ave., N.E
Washington, DC 20002

this 24th day of June, 2008.

                    /s/ Thomas A. Mauro
                    Thomas A. Mauro




cc:    David Smith, Esq.