UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06cv00498 (DAR) |
| v. | : | |
| | : | |
| LORENZO MARKS | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

Pursuant the Court Order of June 30, 2008 , Plaintiff, United States of America, through its counsel, Thomas A. Mauro, hereby files this Status Report.

The parties are still trying to reach a settlement in this case. Accordingly, the Government will not withdraw its motion for a judgment. The parties request another thirty (30) days to reach an agreement with the defendant who is being advised by counsel.

Respectfully Submitted,


/s/ Thomas A. Mauro
Thomas A. Mauro
Attorney for the United States of America

1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

1

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

| | |
|---|---|
| David Smith, Esq | Lorenzo Marks |
| 1850 M. Street, Suite 900 | 3937 S Street, SE, #306 |
| Washington, DC 20036 | Washington, DC 20020 |
| Attorney for the Defendant | |

this \_\_\_\_\_ day of July, 2008.

              /s/ Thomas A. Mauro
                Thomas A. Mauro