UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06cv00498 (DAR) |
| v. | : | |
| | : | |
| LORENZO MARKS | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S STATUS REPORT TO THE COURT

Pursuant to the Court Order of July 18, 2008, Plaintiff, United States of America, through its Counsel, Thomas A. Mauro, hereby files this Status Report.

The parties are still trying to reach a settlement in this case and request the Court to grant the parties until September 15, 2008, within which to reach an agreement in this case. The defendant is being advised by Counsel.

Plaintiff files this report unilaterally.

Respectfully Submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro
Attorney for the United States of America

1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

Lorenzo Marks
1726 Montello Ave., N.E
Washington, DC 20002

this 18th day of August, 2008.

                                                        /s/ Thomas A. Mauro
                                                             Thomas A. Mauro

cc:    David Smith, Esq.