UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  : | |
| : | |
| Plaintiff,  : | |
| : | Civil Action No. 06cv00498 (DAR) |
| v.  : | |
| : | |
| LORENZO MARKS  : | |
| : | |
| Defendant.  : | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

Pursuant the Court Order of August 19, 2008 , Plaintiff, United States of America, through its counsel, Thomas A. Mauro, hereby files this Status Report.

The parties are still trying to reach a settlement in this case. Accordingly, the parties request another thirty (30) days to reach an agreement with the defendant who is being advised by counsel.

Respectfully Submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro
Attorney for the United States of America

1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

| | |
|---|---|
| David Smith, Esq | Lorenzo Marks |
| 1850 M. Street, Suite 900 | 3937 S Street, SE, #306 |
| Washington, DC 20036 | Washington, DC 20020 |
| Attorney for the Defendant | |

this 15th day of September, 2008.

                                                /s/ Thomas A. Mauro
                                                      Thomas A. Mauro